UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-21468-CIV-RNS

LISA MOLLICONE and MILLIE LAND, )
on behalf of themselves, all others similarly )
situated, and the general public, )
)
                              Plaintiffs, )
)
   vs. )
)
UNIVERSAL HANDICRAFT, INC., )
D/B/A "Deep Sea Cosmetics" d/b/a )
"Adore Organic Innovations;" and )
SHAY SABAG SEGEV, )
)
                            Defendants. )
)
_____/

**UNOPPOSED MOTION TO AMEND EXHIBIT 1 TO FINAL APPROVAL ORDER TO
ADD AN ADDITIONAL SETTLEMENT OPT OUT**

Class plaintiffs and class counsel respectfully file this unopposed motion to amend Exhibit 1 to this Court's final approval order to add an additional settlement opt out and state as follows:

1. On August 10, 2018, this Court held a final approval hearing and orally granted final approval to the parties' class action settlement.

2. On August 14, 2018, this Court rendered a written order reflecting the August 10, 2018 oral pronouncements and granting final approval. [Dkt. No. 132].

3. The written final approval order refers to an Exhibit 1, which is a list of half-a-dozen class members who opted out of the settlement. [Dkt. No. 132, ¶7]. These six opt outs were named in the parties' prior filings. [Dkt. No. 121-2, at page 32 of 32].

4. It came to the parties' attention on August 13, 2018, in the afternoon, that there is one more opt out, bringing the total to seven (7). The additional opt out is Sarah Harder from Sacramento, CA.

5. Counsel for Defendants do not oppose this motion and also request the same relief sought in this motion.

6. Thus, the parties respectfully ask this Court to amend the Exhibit 1 to which this Court refers in the final approval order to add the additional opt out, Sarah Harder from Sacramento, CA. The parties also submit a proposed amended Exhibit 1 attached hereto.

Dated: August 14, 2018               Respectfully submitted,


*/s Cullin O'Brien*

**CULLIN O'BRIEN LAW, P.A.**
Cullin O'Brien / Florida Bar 0597341
6541 NE 21 St Way,
Fort Lauderdale, FL 33308
(561) 676-6370
(561) 320-0285
*cullin@cullinobrienlaw.com*

**LAW OFFICES OF RONALD A. MARRON**
Ronald A. Marron
*ron@consumersadvocates.com*
Michael T. Houchin

1

*mike@consumersadvocates.com*
651 Arroyo Drive
San Diego, CA 92103
Telephone: (619) 696-9006
Fax: (619) 564-6665

*Class Counsel*

## CERTIFICATE OF SERVICE

    I HEREBY certify that on August 14, 2018, I electronically filed the foregoing document with the Clerk of the Court CM/ECF.

       /s Cullin O'Brien
        Cullin O'Brien