FILING FEE
PAID NO
In Forma Pauperis NO
Steven M. Larimore, Clerk

FILED by PG D.C.
AUG 30 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Lisa Mollicone, individually )
similarly situated, )
                                  )
   Plaintiffs,             )
                                  )
v.                                 )
                                  )
Universal Handicraft d/b/a )
Deep Sea Cosmetics d/b/a )
Adore Organic Innovations, )
and others, )
                                  )
   Defendants.          )

Civil Action No. 17-21468-Civ-Scola

## NOTICE OF APPEAL

**Pamela Sweeney, Pro Se**
2672 Mutchler Road
Madison, WI 53711
Telephone: (424)-488-4383

pam.sweeney1@gmail.com

Notice is hereby given that Pamela Sweeney, Pro Se ("Objector/Appellant") appeals to the United States Court of Appeals for the Eleventh Circuit from Order Granting Joint Motion for Final Approval of Settlement, Plaintiffs Application for Service Awards, Class Counsels Application for Attorney's Fees and Expenses, and Final Judgment and Dismissal With Prejudice filed August 13, 2018 (Document #131); Amended Order Granting Joint Motion for Final Approval of Settlement, Plaintiffs Application for Service Awards, Class Counsels Application for Attorney's Fees and Expenses, and Final Judgment and Dismissal With Prejudice filed August 13, 2018 ( Document #132) and Second Amended Order Granting Joint Motion for Final Approval of Settlement, Plaintiffs Application for Service Awards, Class Counsels Application for Attorney's Fees and Expenses, and Final Judgment and Dismissal With Prejudice, filed August 14, 2018 (Document#134). Objector/Appellant also hereby appeals from any order or judgment approving the Class Settlement, class counsel's attorneys' fees or expenses and/or incentive awards to class representatives. This shall also serve as notice of appeal of any order or judgment naming or identifying this Objector/Appellant or the objection

filed by this Objector/Appellant entered or signed subsequent to this Notice of Appeal, including any order striking the Objector/Appellant's objection.

Dated: June 16, 2018

Respectfully Submitted,

/Pamela Sweeney/, Pro Se
2672 Mutchler Road
Madison, WI 53711
Telephone: (424)-488-4383

pam.sweeney1@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2018 I caused to be filed this Notice of Appeal by mailing this Notice of Appeal via U.S. First Class Mail to the Clerk of Courts of the United States District Court for the Southern District of Florida. When the Clerk files this Notice of Appeal in the CM/ECF system it will effectuate service of this filing on all CM/ECF registered attorneys in this case. In addition on August 24, 2018 I served counsel of record by electronic mail.

/Pamela Sweeney/

SWEENEY
2672 MUTCHLER RD
MADISON, WI 53711

USMS INSPECTED

25 AUG 2018 PM 1 L
RECEIVED
AUG 31 2018 1:52 PM

MILWAUKEE WI

Appeals

CLERK OF COURT
USDC SOUTHERN FLORIDA
400 NORTH MIAMI AVE.
MIAMI, FLORIDA
33128

33128-771699